The Honorable BRIAN D. LYNCH
Chapter 7 Proceeding
Tacoma, Washington

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>SHANNON SMITH,<br><br>Debtor, | Bankruptcy Case No.: 23-41534<br><br>DECLARATION OF PROPOSED ATTORNEYS FOR ESTATE |

I, MARK D. WALDRON, declare under penalty of perjury as follows:

I am an attorney of the LAW OFFICES OF MARK D. WALDRON, PLLC; duly licensed and qualified attorneys to practice in this state and admitted to practice in this court. I certify that I have read the Local Bankruptcy Rule 2016 regarding compensation for services rendered and reimbursement of expenses.

To the best of my knowledge neither I nor any member of this firm have no connections or business dealings with the debtor, creditors, any party in interest, their respective attorneys and accountants, the US Trustee or any person employed in the office of the US Trustee. To the best of my knowledge, neither myself nor any member of this firm holds any interest adverse to the estate and I am a disinterested party to this action.

DATED this 16th day of November, 2023.

Law Offices of Mark D. Waldron, PLLC


/s/ Mark D. Waldron
Mark D. Waldron (WSBA #9578)



Law Offices of Mark D. Waldron
6824 19th St. W., PMB 250
University Place, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

Declaration of Proposed Attorneys for Estate - 1