The Honorable BRIAN D. LYNCH
Chapter 7 Proceeding
Tacoma, Washington

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>SHANNON SMITH,<br><br>Debtor, | Bankruptcy Case No.: 23-41534<br><br>TRUSTEE'S MOTION TO PREVENT AUTOMATIC DISMISSAL OF CASE |

**COMES NOW** the Trustee, Mark D. Waldron, by and through his attorneys, Law Offices of Mark D. Waldron, PLLC, and opposes automatic dismissal of this case. The trustee anticipates there are assets which will be administered in this case to pay creditors. The Trustee would request that no automatic dismissal be entered in this matter.

**DATED** this 25th day of January, 2024.

        Law Offices of Mark D. Waldron, PLLC

        /s/ Mark D. Waldron
        Mark D. Waldron (WSBA #9578)
        Attorney for Trustee

Trustee's Motion to Prevent Automatic Dismissal - 1



Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com